UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | | |
|---|---|---|
| In re: LIPENWALD, INC. | : | Chapter 11 |
| | : | |
| Debtor(s) | : | CASE NO. 11-51484 (AHWS) |
| | : | |
| New-Ray Toys, Inc. | : | |
| Movant | : | |
| | : | |
| LIPENWALD, INC. | | |
| U.S. Trustee | : | |
| Respondents | : | JULY 25, 2011 |

## NOTICE REQUEST AND NOTICE OF APPEARANCE

1. The undersigned attorneys respectfully requests that the Court enter his appearance for the creditor, New-Ray Toys, Inc. in the above-referenced proceeding.

2. The undersigned hereby request that ALL NOTICES OF ALL MATTERS pertaining to Lipenwald, Inc. : krozich@jacobsandrozich.com

3. This notice is sent in accordance with the provisions of Rule 2002.

Dated: July 25, 2011

/S/ Kenneth M. Rozich
Kenneth M. Rozich, Esq. of
Jacobs & Rozich, LLC
Post Office Box 1952
New Haven, Connecticut 06509
Federal Bar No. ct20207
Telephone No.: (203) 772-4134
krozich@jacobsandrozich.com

CERTIFICATION

Via Electronic:

James G. Verrillo, Esquire
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
(Debtor)

U.S. Trustee
Office of the U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(U.S. Trustee)

Via U.S. Mail:

Lipenwald, Inc.
22 South Smith Street
Norwalk, CT 06855
(Debtor)

20 Largest Unsecured Creditors
(See Attached List)

Label Matrix for local noticing
0205-5
Case 11-51484
District of Connecticut
Bridgeport
Mon Jul 25 12:33:34 EDT 2011

Lipedaldo, Inc.
22 South Smith Street
Norwalk, CT 06855-1040

Bridgeport
915 Lafayette Blvd
Bridgeport, CT 06604-4706

Accounts Receivables Tech
Attn Pres, Gen Ptnr or Mng Mmb
, Woodbridge Center, Ste 410
Woodbridge, NJ 07095-1151

Alan Lipset
22 South Smith Street
Norwalk, CT 06855-1018

Alliance Shippers, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
19 Crows Mill Road
Keasbey, NJ 08832-1004

Alliant Corp Data Solution
Attn Pres, Gen Ptnr or Mng Mmb
01 Fields Lane
Brewster, NY 10509-2621

American List Counsel, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 32188
Hartford, CT 06150-2188

Astra International Co.
Attn David Gluckman
1140 Broadway
New York, NY 10001-7585

Barry's Vitamins
Attn Pres, Gen Ptnr or Mng Mmb
551 N. Federal Hwy
Boca Raton, FL 33431-5945

Best Impressions Inc.
Attn Rick K.
4 Main Street
Norwalk, CT 06851-4711

Blecher & Collins PC
Attn Pres, Gen Ptnr or Mng Mmb
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071-3302

Blue Hill Marketing Solutions
Attn Pres, Gen Ptnr or Mng Mmb
. Blue Hill Plaza
PO Box 1674
Pearl River, NY 10965-3104

Brian Dunn
22 South Smith Street
Norwalk, CT 06855-1018

Bullpen Integrated Marketing
Attn Pres, Gen Ptnr or Mng Mmb
16130 Ventura Blvd, Suite 400
Encino, CA 91436-2519

Business Electronics Inc.
Attn Pres, Gen Ptnr or Mng Mmb
701 Highland Avenue
Cheshire, CT 06410-1244

Buy-Global Inc.
Jeff Mansbach / Louisa Wright
530 Eagle Avenue
West Hempstead, NY 11552-3733

Canterbury Graphics Strategic
Marketing Inc.
Attn Mark Kolier
11 Grumman Hill Road
Wilton, CT 06897-4500

Charles Lipset
22 South Smith Street
Norwalk, CT 06855-1018

CoinSafe
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 2552
Orange, CA 92859-0552

Collector's Armoury, LTD
Attn Tom Adams
PO Box 1050
Lorton, VA 22199-1050

Concept Laboratories, Inc.
Attn Adam L.
1400 West Wabansia Avenue
Chicago, IL 60642-1522

Cray Dave
Attn Pres, Gen Ptnr or Mng Mmb
225 Eaglewood Blvd
Mississauga Ontario L5G 1V9

DIRAY TV, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
372 Danbury Road, Suite 205
Wilton, CT 06897-2536

Delivery Agent
Attn Pres, Gen Ptnr or Mng Mmb
100 California St., 3rd Floor
San Francisco, CA 94104-1413

Digital Target Marketing LLC
Attn Pres, Gen Ptnr or Mng Mmb
224 Datura Street
West Palm Beach, FL 33401-5624

Donna DiMarco Consulting Svc
Attn Pres, Gen Ptnr or Mng Mmb
8 Watch Hill Road
Pleasantville, NY 10570-2533

Dworken Hillman Lamorte
& Sterczala P
Attn Pres, Gen Ptnr or Mng Mmb
Corporate Drive, Ste. 488
Shelton, CT 06484-6241

Educational Coin Company
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 892
Highland, NY 12528-0892

Eyeego LLC
Attn Pres, Gen Ptnr or Mng Mmb
331 Valley Mall Parkway #258
East Wenatchee, WA 98802-4831

Fosdick Fulfillment Corp.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 3014
Wallingford, CT 06494-1575

Gardenia Courier, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 2299
Norwalk, CT 06852-2299

Gardeners' Choice
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 8000
Hartford, MI 49057-8000

GreenLight Collectibles
Attn Russell Hughs
605 East 55th Place
Indianapolis, IN 46220-3527

Homby America Inc.
Attn Steve Bonnem
3900-C2 Industry Drive
East Fife, WA 98424-1829

Informercial, TV, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
615 Hampton Drive, Ste. A101
Venice, CA 90291-2791

Ingnite Media Solutions LLC
Attn Ed Barbara
1001 St. Petersburg W
Oldsmar, FL 34677-3333

Inter-Governmental Philatelic
Attn Yossi Malamud
460 West 34th St., 10th Floor
New York, NY 10001-2320

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jaguar Freight Services
Attn Pres, Gen Ptnr or Mng Mmb
10 Fifth Street, Suite 303
Valley Stream, NY 11581-1239

Jave Express
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 4095
Monroe, CT 06468-4095

Kforce, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 277997
Atlanta, GA 30384-7997

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

LiftEngine
Attn Pres, Gen Ptnr or Mng Mmb
1 Blue Hill Paza
PO Box 1674
Pearl River, NY 10965-3104

Liquid Focus Direct, LLC
Attn Pres, Gen Ptnr or Mng Mmb
1335 Wood Avenue
Bridgeport, CT 06604-1442

Lloyd Staffing
Attn Pres, Gen Ptnr or Mng Mmb
445 Broadhollow Road, Ste. 119
Melville, NY 11747-3631

Lockard & Wechsler Direct Inc.
Attn Pres, Gen Ptnr or Mng Mmb
2 Bridge Street, Ste. 200
Irvington, NY 10533-1594

Maitso International, Inc.
Attn Julia Kellogg
7751 Cherry Avenue
Fontana, CA 92336-4002

Mar-Len Printing & Mailing
Attn Pres, Gen Ptnr or Mng Mmb
55 New Haven Avenue
Derby, CT 06418-2161

Mattel Toys, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 100125
Atlanta, GA 30384-0125

Merrick Mint
Attn: Darryl A.
3273 Wolfson Drive
Baldwin, NY 11510-4945

Net Performance, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
606 Theall Road
Houston, TX 77066-2416

New Rays Toys, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
5407 Daniels Street
Chino, CA 91710-9009

O.K. Toys, Inc.
Attn Andy
318 Omar Avenue
Los Angeles, CA 90013-1608

Permission Interactive Inc.
Attn Pres, Gen Ptnr or Mng Mmb
7070 Mission Gorge Rd., Ste. 1
San Diego, CA 92120-4026

Pioner Packaging
Attn Jennifer Jones
PO Box 6
1584 Highway 41A N.
Dixon, KY 42409-0006

Premier Innovatio Limited
Attn Pres, Gen Ptnr or Mng Mmb
Ste 302 Shun Fat Industrial Bl
17 Wang Hoi Road
Kowloon Bay, Hong Kong

Royal Times, Inc.
Attn Andrea
2 West 30th Street
New York, NY 10001-4555

Ruth and Martin Lipset
7 West Branch Road
Westport, CT 06880-1249

Shenzhen Shunchangxin Co Ltd
9/F, Block B
Xianshun Industrial Park
XiXiang Town, BaoAn District
Shenzhen, China

| | | |
|---|---|---|
| ignatures Models LTD<br>oom 9, 4/F<br>ing Fat Industrial Centre<br>o. 1 Kin Fat Street<br>uen Mun N.T., Hong Kong | Specialists Marketing Services<br>Xianshun Industrial Park<br>777 Terrace Ave., Ste. 401<br>Hasbrouck Heights, NJ 07604-3113 | Spencer Press<br>R.R. Donnelley Receivables Inc<br>c/o JP Morgan Chase<br>PO Box 730216<br>Dallas, TX 75373-0216 |
| tar, Inc.<br>ttn Pres, Gen Ptnr or Mng Mmb<br>O Box 470<br>82 Wolfpit Ave.<br>orwalk, CT 06851-3436 | State of CT<br>Dept of Revenue Services<br>C&E Div, Bankruptcy Section<br>25 Sigourney St.<br>Hartford, CT 06106-5041 | Teleperformance Interactive In<br>Attn Pres, Gen Ptnr or Mng Mmb<br>Dept #2003<br>PO Box 29675<br>Phoenix, AZ 85038-9675 |
| he Webster Group<br>ttn Katherine Kolliner<br>6 Milford Drive, Ste. 205<br>udson, OH 44236-2760 | Treehouse Media Services, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>PO Box 951276<br>Dallas, TX 75395-1276 | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510-2022 |
| S Nordic<br>ttn Robert and Anita Anderson<br>027 Beckleysville Road<br>arkton, MD 21120-9675 | Uline<br>Attn Pres, Gen Ptnr or Mng Mmb<br>2200 South Lakeside Drive<br>Waukegan, IL 60085-8311 | Unicorr Packaging Group<br>Attn Pres, Gen Ptnr or Mng Mmb<br>455 Sackett Point Road<br>North Haven, CT 06473-3116 |
| ry & Moskow<br>ttn Pres, Gen Ptnr or Mng Mmb<br>83 Black Rock Turnpike<br>airfield, CT 06825-4718 | W.B. Mason<br>Attn Pres, Gen Ptnr or Mng Mmb<br>59 Centre Street<br>Brockton, MA 02301-4075 | Welly USA<br>Attn Pres, Gen Ptnr or Mng Mmb<br>195 91 North East 10th Ave.<br>Building 3 Bay E<br>N. Miami, FL 33179 |
| ames G. Verrillo<br>eisler and Zeisler<br>58 Clinton Avenue<br>.O. Box 3186<br>ridgeport, CT 06605-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| nternal Revenue Services<br>epartment of the Treasury<br>1601 Roosevelt Blvd.<br>O Box 21126<br>hiladelphia, PA 19114-0326 | Lexus Financial Services<br>Attn Pres, Gen Ptnr or Mng Mmb<br>PO Box 17187<br>Baltimore, MD 21297-0511 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ARKO Flat 708<br>/F, Leader Industrial Centre<br>7-59 Au Pui Wan Street Fotan<br>hatin New Territories, HK | (u)New Rays Toys Co., LTD<br>Unit 9. 12/F, Houston Centre<br>63 Mody Road<br>Tsimshatsui East Kowloon, HK | (u)Spectrum Marketing<br>Attn Pres, Gen Ptnr or Mng Mmb<br>NEED ADDRESS] |