RH 2964
**RONALD HOROWITZ, ESQUIRE**
*Tindall Professional Plaza*
*14 Tindall Road*
*Middletown, NJ 07748*
*(732) 706-7600*
*Our File 2247*



### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF CONNECTICUT (Bridgeport)

| | |
|---|---|
| IN RE: | Case No. 11-51484 |
| LIPENWALD, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES

The undersigned, Ronald Horowitz, Esq., attorney for Alliance Shippers, Inc., creditor of Lipenwald, Inc., the debtor in this case, hereby submits this Notice of Appearance in connection therewith.

Pursuant to Federal Rules of Bankruptcy Procedure, the undersigned hereby provides this notice of his office and e-mail address and telephone numbers and that same be added to all mailing lists and matrices in this case and that copies of all Notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

> RONALD HOROWITZ, ESQ.
> 14 TINDALL ROAD
> TINDALL PROFESSIONAL PLAZA
> MIDDLETOWN, NEW JERSEY 07748
> Tel#: (732) 706-7600
> Fax#: (732) 706-7601
> e-mail: ronhorowitz@verizon.net

This Notice of Appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this Notice of Appearance and Request for Notices, the undersigned party in interest is not

consenting to or submitting to the jurisdiction of the bankruptcy court for any purpose and expressly reserves the right to contest the jurisdiction of the bankruptcy court and/or to demand a jury trial in any matter or proceeding to which it may be a party.

Dated: July 27, 2011

RONALD HOROWITZ, ESQ.

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that the original of the foregoing Notice of Appearance has been filed with the Clerk of the U.S. Bankruptcy Court for the District of Connecticut (Bridgeport), and a copy of same has been served on the Debtor's attorney, James G. Verrillo, Esq., Zeisler and Zeisler, P.C., P.O. Box 3186 Bridgeport, CT 06605, and upon the U.S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510.

Dated: July 27, 2011

RONALD HOROWITZ, ESQ.