UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LIPENWALD, INC.,** | **Case No. 11-51484 (AHWS)** |
| **Debtor-in-possession.** | |

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtor, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**THE MERRICK MINT**
c/o Darryl Abramowitz, CEO
14 Maple Place
Freeport, NY 11520
Telephone: (516) 223-3000
Email:  darrylevan@aol.com

**ARKO PRODUCTS LTD.**
c/o Pei Ching Wai, Director
Flat 708, Leader Ctr.
57-58 Au Pui Wan Street
Fotan, Shatin, HK
Telephone: (852) 2721-3788
Email:  arko_products@hotmail.com

**NEW RAY TOYS CO., LTD.**
c/o Gary Tse, General Manager
Unit 9, 12/F
Houston Centre, 63 Mody Rd
Tsimshatsui East, Kowloon, HK
Telephone:  (852) 3191-9828
Email:  gtse@newrayusa.com

Dated: August 12, 2011  Respectfully submitted,
     New Haven, Connecticut  TRACY HOPE DAVIS
UNITED STATES TRUSTEE FOR REGION 2

By:  /s/ *Kim L. McCabe*
Kim L. McCabe ct 23661
Assistant United States Trustee
Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510
Telephone: (203)773-2210
Email: kim.mccabe@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that a copy of the Appointment of Official Committee of Unsecured Creditors was sent to the following via CM/ECF electronic mail on August 12, 2011:

Kenneth M. Rozich, Esq. krozich@jacobsandrozich.com
James Verrillo    jverrillo@zeislaw.com
Gilbert B. Weisman  notices@becket-lee.com

This is to certify that a copy of the Appointment of Official Committee of Unsecured Creditors was sent to the following via email on August 12, 2011:

The Merrick Mint          darrylevan@aol.com
Arko Products Ltd.        arko_products@hotmail.com
New Ray Toys Co., Ltd.    gtse@newrayusa.com

This is to further certify that a copy of the Appointment of Official Committee of Unsecured Creditors was sent to the following via U.S. Mail on August 12, 2011:

**THE MERRICK MINT**
c/o Darryl Abramowitz, CEO
14 Maple Place
Freeport, NY 11520

**ARKO PRODUCTS LTD.**
c/o Pei Ching Wai, Director
Flat 708, Leader Ctr.
57-58 Au Pui Wan Street
Fotan, Shatin, HK

**NEW RAY TOYS CO., LTD.**
c/o Gary Tse, General Manager
Unit 9, 12/F
Houston Centre, 63 Mody Rd
Tsimshatsui East, Kowloon, HK

By:    /s/ *Kim L. McCabe*
       Kim L. McCabe ct 23661